United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Shamar David
     Debtor

Case No. 16-14107-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Oct 14, 2016
                     Form ID: pdf900     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
```
db             +Shamar David,    5228 Westford Road,    Philadelphia, PA 19120-3619
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                  Colorado Springs, CO  80921)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 15 2016 02:01:23      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 15 2016 02:00:23
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 15 2016 02:00:47      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13741012       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 15 2016 01:54:49      Regional Acceptance,
                PO Box 6000,    Winterville, NC 28590-6000
13746163        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 15 2016 01:54:49      Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
```
              HOWARD   GERSHMAN    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PETER J. ASHCROFT    on behalf of Creditor   Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Shamar  David Perlick@verizon.net,  pireland1@verizon.net
                                                                                              TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 16-14107-elf |
|---|---|
| SHAMAR DAVID, | Chapter 13 |
| Debtor, | Related to Doc. No. 42 |
| REGIONAL ACCEPTANCE CORPORATION, | |
| Movant | |
| v. | |
| SHAMAR DAVID and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this 14th day of October, 2016, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay (Doc. # 47), it is hereby ORDERED that the Stipulation is approved.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**