# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                           Chapter 13

                                           Bankruptcy No. 16-14107-ELF

SHAMAR DAVID

5228 WESTFORD ROAD

PHILADELPHIA, PA 19120

       Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

SHAMAR DAVID

5228 WESTFORD ROAD

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                   /S/ William C. Miller

Date: 4/28/2017                  _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee