UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHAMAR DAVID

NO. 16-14107 ELF
CHAPTER 13

ORDER GRANTING FORD MOTOR CREDIT COMPANY
RELIEF FROM STAY RE: 2008 FORD EDGE VEHICLE

AND NOW, this 25th day of May 2017, in consideration of the Certification of Breach of Adequate Protection Order of June 14, 2016, it is ORDERED:

Effective immediately, with waiver of FRBP 4001(a)(3), Ford Motor Credit Company, LLC is granted relief from the automatic stays of the Bankruptcy Code, Sections 362/1301 free to exercise is state law *in rem* rights as the lienholder of a 2008 Ford Edge motor vehicle owned by Debtor, Shamar David, and Non-Debtor, Garrin L. Fetherson.

.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**