United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14107-elf
Shamar David                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 1          Date Rcvd: May 25, 2017
                               Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db           +Shamar David,    5228 Westford Road,    Philadelphia, PA 19120-3619
cr          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company, LLC,    P.O. Box 62180,
                Colorado Springs, CO  80921)
13741008      Ford Motor Company,    P.O. Box 1005,    Southeastern, PA 19398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov May 26 2017 01:08:02      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2017 01:07:38
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2017 01:07:55      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13744162*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company, LLC,    PO Box 62180,
                Colorado Spring, CO  80962)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC, AS SERVICER FOR BANK OF
           AMERICA N. A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
           pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY   PERLICK    on behalf of Debtor Shamar  David Perlick@verizon.net, pireland1@verizon.net
                                                                                              TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHAMAR DAVID

NO. 16-14107 ELF
CHAPTER 13

ORDER GRANTING FORD MOTOR CREDIT COMPANY
RELIEF FROM STAY RE: 2008 FORD EDGE VEHICLE

AND NOW, this 25th day of May 2017, in consideration of the Certification of Breach of Adequate Protection Order of June 14, 2016, it is ORDERED:

Effective immediately, with waiver of FRBP 4001(a)(3), Ford Motor Credit Company, LLC is granted relief from the automatic stays of the Bankruptcy Code, Sections 362/1301 free to exercise is state law *in rem* rights as the lienholder of a 2008 Ford Edge motor vehicle owned by Debtor, Shamar David, and Non-Debtor, Garrin L. Fetherson.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**