IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHAMAR DAVID,<br><br>       Debtors,<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br><br>       Movant,<br><br>  v.<br><br>SHAMAR DAVID and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>       Respondents. | Bankruptcy No. 16-14107-elf<br><br>Chapter 13 |

## O R D E R

AND NOW, this 30th day of _____ May _____, 2017, upon consideration of the

Certification of Default of the parties' Stipulation Resolving Motion for Relief from the

Automatic Stay, it is hereby **ORDERED** that relief from the automatic stay pursuant to 11 U.S.C.

§ 362 is granted to Regional Acceptance Corporation to permit RAC to exercise its *in rem* rights

under applicable nonbankruptcy law with respect to the 2013 Nissan Rogue Utility 4D SL AWD

2.5L I4, VIN JN8AS5MV5DW103973.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**