United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14107-elf
Shamar David                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jun 14, 2017
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
```
db            +Shamar David,    5228 Westford Road,    Philadelphia, PA 19120-3619
cr           ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,    P.O. Box 62180,
                Colorado Springs, CO   80921)
13875969      +BANK OF AMERICA, N.A.,    c/o MARIO J. HANYON,    Phelan Hallinan & Schmieg,
                1617 John F. Kennedy Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13749111      +BANK OF AMERICA, N.A.,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13825696      +BANK OF AMERICA, N.A.,    Pennymac Loan Services, LLC,    6101 Condor Drive, Suite 200,
                Moorpark, CA 93021-2602
13741006      +Bank of America,    6400 Legacy Drive,    Plano, TX 75024-3609
13741007      +Comcast Cablevision,    11400 Northeast Ave.,    Philadelphia, PA 19116-3498
13741008       Ford Motor Company,    P.O. Box 1005,    Southeastern, PA 19398
13741009      +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13741011      +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13814829      +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13741013       Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:31     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:38
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2017 01:06:25     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13823727      +E-mail/Text: g20956@att.com Jun 15 2017 01:06:57     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
13741010       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:38     PA Department of Revenue,
                Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13741012      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 15 2017 01:02:05     Regional Acceptance,
                PO Box 6000,    Winterville, NC 28590-6000
13746163       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 15 2017 01:02:05     Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13744162*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company, LLC,    PO Box 62180,
               Colorado Spring, CO   80962)
                                                                                               TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Jun 14, 2017
                              Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:

        DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC, AS SERVICER FOR BANK OF AMERICA N. A. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
        PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        ZACHARY   PERLICK    on behalf of Debtor Shamar  David Perlick@verizon.net,  pireland1@verizon.net
                                                                                       TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAMAR DAVID                                Chapter 13

                    Debtor                  Bankruptcy No. 16-14107-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 14, 2017**        _____
                                Eric L. Frank
                                Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
SHAMAR DAVID

5228 WESTFORD ROAD

PHILADELPHIA, PA 19120